# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 24, 2022

## NO. 03-20-00618-CV

**Poole Point Subdivision Homeowners' Association and
Poole Point Architectural Control Committee, Appellants**

**v.**

**Sean DeGon and Erie DeGon, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE JUSTICES BYRNE, BAKER, AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on October 1, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court to reconsider the award of attorneys' fees under section 37.009 of the UDJA. We also remand the cause to the trial court to consider appellants' counterclaims and request for attorneys' fees pursuant to section 5.006 of the Texas Property Code. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.